# IN THE SUPREME COURT OF THE STATE OF NEVADA

BILLY CEPERO,
                              Appellant,
                vs.
THE STATE OF NEVADA,
                              Respondent.

No. 79312

**FILED**

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to request the transcript of the sentencing hearing." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying a motion requesting transcripts of a sentencing hearing, this court lacks jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                                        Cadish

cc:   Hon. Michael Villani, District Judge
      Billy Cepero
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk